UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.  8:12-cr-489-T-23TGW

REMESA BUEMER

_____/

### ORDER

Buemer, who serves a sixty-five month term of imprisonment, moves

(Doc. 41) in this closed criminal action for sentencing credit "while she was on the

electronic leg monitor."  The Attorney General – through the Bureau of Prisons

(BOP) – calculates the amount of credit to award (under 18 U.S.C. § 3585(b)) after a

defendant begins to serve his sentence.  *United States v. Wilson*, 503 U.S. 329, 112

S. Ct. 1351 (1992).  The BOP established regulations that govern review of an

inmate's complaint regarding any aspect of imprisonment, including sentencing

credit.  Buemer omits any documentation of her effort to exhaust her administrative

remedy.  A defendant may seek judicial review (under 28 U.S.C. § 2241) of the

calculation only after exhausting the administrative remedy.  *United States v.*

*Alexander*, 609 F.3d 1250 1259-60 (11th Cir. 2010).

Additionally, the motion must fail on the merits.  Wearing an electronic

monitor as a condition of pre-trial release does not constitute "detention," creditable

or otherwise, within the meaning of 18 U.S.C. § 3585.  *Reno v. Koray*, 515 U.S. 50,

- 2 -

115 S. Ct. 2021 (1995), *Rodriguez v. Lamer*, 60 F.3d 745, 748 (11th Cir. 1995).  The

motion is **DENIED**.

ORDERED in Tampa, Florida, on February 25, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE